IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | DATE:  April 2, 1999 |
| Plaintiff, ) | CR 92-0296-PHX-SMM |
| v. ) | |
| FREDERICK YAZZIE, ) | **MINUTE ORDER** |
| Defendant. ) | |

On January 14, 1998 the defendant filed a "Motion to Re-consider to Mandate the Respondent to Follow the Order of the Superior Court of the State of Arizona in and For Maricopa County to Change the Defendant's Name". A copy was provided to the government.

**IT IS ORDERED** the government shall respond to this motion by April 16, 1999.

RICHARD H. WEARE

*Cindy Duca*
Cindy Duca
Courtroom Deputy for Judge McNamee