IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR 92-296-PHX-SMM |
| Plaintiff, | **ORDER** |
| vs. | |
| Frederick Yazzie, | |
| Defendant. | |

IT IS ORDERED denying as moot defendant's pro se motion to dismiss counsel of record (doc. # 161). A review of the Court record indicates defendant has no counsel currently representing him.

DATED this 27th day of July, 2007.

_____
Stephen M. McNamee
United States District Judge