IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | CR 92-296- PCT-SMM |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Frederick Yazzie, | ) | |
| Defendant. | ) | |

IT IS ORDERED striking defendant's document titled Administrative Notice and Demand( Declaration of Law). The Court finds the document has not merit.

DATED this 10th day of April, 2008.

Stephen M. McNamee
United States District Judge